80 A.3d 376

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas MOORE, Petitioner.

No. 142 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Petition for Writ of Mandamus and/or Extraordinary Relief and the

Application Seeking Leave to Submit Additional Information of Factual Record are DENIED.